RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/2/06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Angela Mouille o/b/o Steven R. Mouille | Civil Action No. 6:05-CV-1310 |
| versus | Judge Tucker L. Melançon |
| Commissioner of Social Security | Magistrate Judge Hill |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for his Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation [Rec. Doc. 9] of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED** and this matter is **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 1st day of June, 2006.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE